USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

          Plaintiff,

     -against-

KUNG POW PLANET, INC.*, a New York corporation d/b/a Fried Rice*, and OR 239 MULBERRY, LLC, *a New York limited liability company*,

          Defendants.

1:24-cv-03012-MKV

**ORDER OF DISMISSAL
AS TO DEFENDANT
OR 239 MULBERRY LLC**

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff initiated this action by filing a complaint on April 20, 2024. [ECF No. 1]. Affidavits of service of summons and complaint were filed on the docket on June 6, 2024. [ECF Nos. 11, 12]. According to those summons, **Defendant OR 239 Mulberry LLC's** response to the complaint was **due May 28, 2024**. [ECF No. 11]. Defendant OR 239 Mulberry LLC filed no response, and Plaintiff failed to further prosecute the case against it.

On June 26, 2024, the Court issued an Order, directing Plaintiff to file a letter **by July 8, 2024** "showing cause why this case should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure" for failure to prosecute Defendant OR 239 Mulberry LLC. [ECF No. 16]. The Court warned that "Plaintiff is on notice that he is ultimately responsible for prosecuting this case, and this case may be dismissed against Defendant OR 239 Mulberry LLC because of his chosen counsel's failure to prosecute his case." [ECF No. 16] (citing *Link v. Wabash R. Co.*, 370 U.S. 626, 633-34 (1962)). Plaintiff filed no response to the Court's Order, despite filing other documents on ECF. [ECF No. 17].

On July 9, 2024, the Court issued a second Order to Show Cause, directing Plaintiff to file a letter **by July 19, 2024** "showing cause why this case should not be dismissed pursuant to Rule

41(b) of the Federal Rules of Civil Procedure" for failure to prosecute Defendant OR 239 Mulberry LLC. [ECF No. 16]. The Court **again** warned that "Plaintiff is on notice that he is ultimately responsible for prosecuting this case, and this case may be dismissed against Defendant OR 239 Mulberry LLC because of his chosen counsel's failure to prosecute his case." [ECF No. 16] (citing *Link v. Wabash R. Co.*, 370 U.S. 626, 633-34 (1962)). Once again, Plaintiff filed no response to the Court's Order,

Federal Rule of Civil Procedure 41(b) empowers district courts to dismiss a case where "the plaintiff fails to prosecute or . . . comply with [the Federal Rules of Civil Procedure] or a court order." Fed. R. Civ. P. 41(b). District courts may dismiss for failure to prosecute *sua sponte*. *Martens v. Thomann*, 273 F.3d 159, 179 (2d Cir. 2001). Due to Plaintiff's failure to prosecute Defendant OR 239 Mulberry LLC **and** repeated failure to comply with this Court's orders, this case is DISMISSED against **Defendant OR 239 Mulberry LLC** *only*. The Clerk of Court is respectfully requested to terminate Defendant OR 239 Mulberry LLC.

**SO ORDERED.**

**Date:  July 22, 2024**
**       New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

2