USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2024



October 10, 2024

**VIA ELECTRONIC MAIL ONLY**

Hon. Mary Kay Vyskocil
United States District Court - Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    RE:   *Norris v. Kung Pow Planet, Inc. et al.* – Case No. 1:24-cv-03012-MKV
           <u>Request for Extension of Time to File Motion to Dismiss</u>

Your Honor:

    I represent the defendant, Kung Pow Planet, Inc. in the above-referenced matter. I am writing to request a sixty-day extension of time to file a Motion to Dismiss. The last day to file a Motion to Dismiss is currently October 18, 2024. Because standing discovery and investigation are ongoing, this additional time is necessary. Sixty days are being requested to include any time necessary to compel Plaintiff's discovery responses. This is the first request for extension of time to extend this important deadline.

Respectfully submitted,

KATHLEEN E. FINNERTY

cc:    Client

KEF:jw

---

**Granted. SO ORDERED.**

Date: 10/15/2024
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

3017 Douglas Blvd., Suite 230          kfinnertylaw.com
Roseville, CA 95661                    916.783.1644